IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-F-97-5203 REC |
| | ) | |
| | ) | ORDER DIRECTING UNITED |
| | ) | STATES PROBATION OFFICE TO |
| Plaintiff/ | ) | RESPOND TO PETITIONER'S |
| Respondent, | ) | MOTION TO TERMINATE |
| | ) | SUPERVISED RELEASE AND |
| vs. | ) | DIRECTING CLERK OF COURT TO |
| | ) | SERVE ORDER ON UNITED STATES |
| | ) | PROBATION OFFICE |
| GUSTAVO GONZALEZ, | ) | |
| | ) | |
| | ) | |
| Defendant/ | ) | |
| Petitioner. | ) | |
| | ) | |

Gustavo Gonzalez, proceeding _in pro per_, has filed a motion for early termination of supervised release. Petitioner was sentenced on September 15, 1998 to 87 months incarceration and 60 months supervised release after pleading guilty to conspiracy to distribute cocaine and marijuana, possession of marijuana with intent to distribute, and distribution of cocaine.

The court will not consider this motion on an ex parte basis. The court directs the United States Probation Office to respond to this motion within 30 days of the filing date of this

1

1 order.
2     The Clerk of the Court is directed to serve a copy of this
3 Order on the United States Probation Office.
4     All further proceedings shall be by order of this court.
5     IT IS SO ORDERED.
6 **Dated:  March 3, 2006**              /s/ Robert E. Coyle
  668554                              UNITED STATES DISTRICT JUDGE